**Electronically Filed
Supreme Court
SCAP-13-0005781
06-OCT-2015
04:01 PM**

SCAP-13-0005781

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SURFRIDER FOUNDATION; HAWAII'S THOUSAND
FRIENDS; KA IWI COALITION; and KAHEA – THE
HAWAIIAN-ENVIRONMENTAL ALLIANCE,
Petitioners/Plaintiffs-Appellants,

vs.

ZONING BOARD OF APPEALS, CITY & COUNTY OF HONOLULU;
DIRECTOR OF THE DEPARTMENT OF PLANNING &
PERMITTING, CITY & COUNTY OF HONOLULU; KYO-YA
HOTELS & RESORTS LP; AND 20,000 FRIENDS OF LABOR,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005781; CIV. NO. 13-1-0874-03)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on September 23, 2015, is corrected as follows:

On page 3, footnote 2, line 6, replace the word "west"

with the word "east."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, October 6, 2015.

/s/ Richard W. Pollack

